EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | |
|---|---|
| | 2026 TSPR 88 |
| Aprobación de Cambio de Estatus Inactivo de julio de 2026 | 218 DPR ___ |

Número del Caso:  EM-2026-0011

Fecha:  11 de agosto de 2026

Materia: Aprobación de Cambio de Estatus Inactivo de julio de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de julio de 2026

EM-2026-0011

Sala de Verano integrada por el Juez Asociado señor Colón Pérez como su Presidente, la Jueza Asociada Rivera Pérez y el Juez Asociado señor Candelario López.

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de agosto de 2026.

Durante el periodo de julio de 2026, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Héctor Méndez Loucil | 4,979 |
| Juan Font Torres | 5,164 |
| César R. Miranda Rodríguez | 5,703 |
| Jorge Tantao Echevarría | 7,068 |
| Jaime Alberto Roque Colón | 8,296 |
| Ronald J. Marzullo La Russa | 8,549 |
| Julio A. Díaz Valdés | 9,386 |
| Elba Sánchez González | 9,756 |
| Carlos E. Hernández Tridas | 10,161 |
| Severino Bermúdez Varela | 10,295 |
| Wanda R. Caldas Díaz | 12,009 |
| Lizzie M. Padró Montalvo | 12,266 |

Nicole Levy Loubriel                16,332

Nashalie Addarich Martínez          20,793

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo